COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Anthony Ray Childress v. The State of Texas

Appellate case number:    01-18-00696-CR

Trial court case number:   1421445

Trial court:              263rd District Court of Harris County

Appellant's court-appointed counsel, Adam Banks Brown, filed a motion to withdraw and appellate brief on December 13, 2018, concluding that the above-referenced appeal is frivolous. *See Anders v. California*, 386 U.S. 738, 744, 87 S. Ct. 1396, 1400 (1967). On December 21, 2018, appellant, acting pro se, filed a motion for pro se access to a copy of the record to prepare a response and a motion requesting a 30-day extension of time to file his pro se *Anders* brief response. *See Kelly v. State*, 436 S.W.3d 313, 315, 318–20 (Tex. Crim. App. 2014).

Accordingly, the Court **grants** appellant's motion requesting the record and **orders** the district clerk, no later than **10 days** from the date of this order, to provide a copy of the clerk's and reporter's records to the pro se appellant. The trial court clerk shall further certify to this Court, within **15 days** of the date of this order, the date upon which delivery of the records to the appellant is made.

Finally, the Court **grants** appellant's motion for an extension of time to file a pro se *Anders* response. Appellant's pro se response to his counsel's *Anders* brief shall be filed within **45 days** of the date of this order.

It is so ORDERED.

Judge's signature: _/s/ Evelyn V. Keyes_____

                    ☒ Acting individually    ☐ Acting for the Court

Date: __January 10, 2019__